**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jamie Marcel GRAHAM, Defendant—
Appellant.**

**No. 08–8200.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2009.

Decided: March 31, 2009.

Robert C. Carpenter, John C. Hunter, Law Firm, LLC, Asheville, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Timika Shafeek, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Marcel Graham appeals the district court's order partially granting Graham's 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Graham,* No. 3:99–cr–00137–

FDW–1 (W.D.N.C. Oct. 8, 2008). We deny Graham's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*